JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON S. HARPER, | ) | CASE NO. ED CV 10-263-JFW (PJW) |
| | ) | |
|     Petitioner, | ) | |
| | ) | J U D G M E N T |
|        v. | ) | |
| | ) | |
| JAMES YATES, WARDEN, | ) | |
| | ) | |
|     Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 1, 2010.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~1773468.wpd